UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 995 |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204 | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

The Defendant, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, by and through its attorneys, CANNA AND CANNA, LTD., hereby moves this court for an extension of time to and including May 19, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of said motion states as follows:

1. On February 18, 2008, the Plaintiff, DR. HANSEL M. DeBARTOLO, filed a Complaint against the Defendant in this matter.

2. Plaintiff sent a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant on February 20, 2008.

3. Defendant executed the Waiver of Service of Summons and mailed a copy of said Waiver to Plaintiff on February 29, 2008.

4. Defendant's Answer to Plaintiff's Complaint is due on April 21, 2008.

5. Defendant's counsel is in the process of obtaining and reviewing the documents relating to the claims at issue, and requires additional time to answer or otherwise plead.

2

6.	Benefit Systems & Services, Inc. ("BSSI") was the third-party administrator for Defendant at the time of the events alleged in the Complaint, but is no longer the third-party administrator.  Defendant requires additional time to obtain the necessary documents from BSSI.

7.	This motion is not being filed for dilatory purposes or to harass or prejudice the other parties to this action.

8.	Defendant has not requested or received a previous extension of time to answer or otherwise plead.

9.	Plaintiff has agreed to this Motion for Extension of Time to Answer or Otherwise Plead.

WHEREFORE, the Defendant, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, prays for an extension of time, to and including May 19, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

INDIAN PRAIRIE COMMUNITY UNIT
SCHOOL DISTRICT NO. 204


By: _____s/ Thomas J. Canna_____
       One of Its Attorneys

Thomas J. Canna - ARDC #6180108
John F. Canna - ARDC #381217
Dawn M. Hinkle - ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772