**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

DR. HANSEL M. DeBARTOLO,       )
                                   )
           Plaintiff,         )
                                   )
         v.               )       Case No. 08 CV 995
                                   )
INDIAN PRAIRIE SCHOOL DISTRICT NO 204  )
                                 )
                                 )
         Defendant.     )

**AGREED MOTION FOR EXTENSION OF TIME TO FILE A JOINT STATUS REPORT**
**AND FOR A RESCHEDULING OF THE SETTLEMENT CONFERENCE**

The Defendant, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, by and through its attorneys, CANNA AND CANNA, LTD., hereby moves this court for an extension of time to and including May 9, 2008, to file a joint status report, and for a rescheduling of the settlement conference, and in support of said motion states as follows:

1.      On February 18, 2008, the Plaintiff, DR. HANSEL M. DeBARTOLO, filed a Complaint against the Defendant in this matter.

2.      Plaintiff sent a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant on February 20, 2008.

3.      Defendant executed the Waiver of Service of Summons and mailed a copy of said Waiver to Plaintiff on February 29, 2008.

4.      Defendant's Answer to Plaintiff's Complaint is due on April 21, 2008.

5.      In addition, a joint status report is due on April 25, 2008, and a settlement conference is scheduled for April 29, 2008.

6.     Defendant's counsel is in the process of obtaining and reviewing the documents relating to the claims at issue, but Defendant will be unable to complete this task prior to the due date for the joint status report.

7.     Benefit Systems & Services, Inc. ("BSSI") was the third-party administrator for Defendant at the time of the events alleged in the Complaint, but is no longer the third-party administrator.  Defendant requires additional time to obtain the necessary documents from BSSI.

8.     Simultaneously with this Motion, Defendant has filed a Motion for an extension of time to and including May 19, 2008, to answer or otherwise plead to Plaintiff's Complaint.

9.     This motion is not being filed for dilatory purposes or to harass or prejudice the other parties to this action.

10.     Plaintiff has agreed to this Motion for Extension of Time.

WHEREFORE, the Defendant, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, prays for an order:

A.     Extending the time, to and including May 9, 2008, to file a joint status report; and

B.     Rescheduling the settlement conference to a date after May 9, 2008.

Respectfully submitted,

INDIAN PRAIRIE COMMUNITY UNIT
SCHOOL DISTRICT NO. 204

By: _____s/ Thomas J. Canna_____
         One of Its Attorneys

Thomas J. Canna - ARDC #6180108
John F. Canna - ARDC #381217
Dawn M. Hinkle - ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772