IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 995 |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204 | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:  Stuart P. Krauskopf
    30 North LaSalle Street
    Suite 3124
    Chicago, Illinois 60602

    On the 23rd day of April, 2008, at the hour of: 9:45 a.m., I shall appear before the Honorable Ruben Castillo, in Courtroom 2141, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached ***Agreed Motion for Extension of Time to File a Joint Status Report and For a Rescheduling of the Settlement Conference***, a copy of which is attached and is herewith served upon you.

                               INDIAN PRAIRIE COMMUNITY UNIT
                               SCHOOL DISTRICT NO. 204


                               By:         s/ Thomas J. Canna
                                       One of Its Attorneys


Thomas J. Canna - ARDC # 6180108
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

**CERTIFICATE OF SERVICE**

      I, Thomas J. Canna, an attorney, certify that this notice and the document identified herein have been served upon Plaintiff: (1) via ECF filing on April 16, 2008, pursuant to ECF filing rules and applicable local rules, and (2) by mailing a copy to the named persons at their indicated addresses and depositing same in the U.S. mail at the Orland Park Post Office by 5:00 p.m. on April 16, 2008, with proper postage prepaid.

                                                              s/ Thomas J. Canna

Thomas J. Canna - ARDC #6180108
John F. Canna - ARDC #381217
Dawn M. Hinkle - ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772