UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hansel M DeBartolo
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00995
                                                Honorable Ruben Castillo

Indian Prairie School District #204
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 18, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Defendant's agreed motion for extension of time to answer or otherwise plead [10] is granted. Defendant to answer or otherwise plead to the complaint on or before 5/19/2008. Defendant's agreed motion for extension of time to file a joint status report and for a rescheduling of the settlement conference [12] is granted. Parties to file a joint status report on or before 5/9/2008. Settlement conference reset to 5/15/2008 at 4:00 PM. Motion hearing set for 4/23/2008, status report filing date of 4/25/2008 and settlement conference set for 4/29/2008 are all vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.