UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 995 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff, DR. HANSEL M. DeBARTOLO, and Defendant, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, by and through their attorneys, jointly report as follows:

### A. NATURE OF THE CASE

1. Jurisdiction is conferred on the Court pursuant to 29 U.S.C. § 1001, *et. seq.*, and the doctrine of supplemental jurisdiction. However, Defendant contests the applicability of 29 U.S.C. § 1001, *et. seq.*, in this matter.

2. The nature of the action is to recover damages under the provisions of the Employment Retirement Security Act, ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). Plaintiff is seeking the balance of benefit payments for medical services allegedly due under a medical benefits plan administered by Defendant.

3. Plaintiff is seeking damages of $57,712.00, plus interest, attorneys' fees and costs.

4. All parties have been served.

5. The principal legal issues in this matter include (1) whether the Defendant is subject to ERISA, and (2) the validity of the claims for services sought by Plaintiff.

6. The principal factual issues in this matter relate to (1) the performance of services by Plaintiff, (2) the medical necessity of services performed by Plaintiff, and (3) Defendant's liability, if any, relating to the claims.

7. Key authorities that may assist the Court in understanding and ruling on the issues include:

    (a) 29 U.S.C. § 1003(b)(1)

    (b) 29 U.S.C. § 1002(32)

    (c) *Shannon v. United Servs. Auto. Ass'n*, 965 F.2d 542 (7th Cir. 1992)

    (d) *Krystyniak v. Lake Zurich Cmty. Unit Dist.*, 783 F.Supp. 354 (N.D. Ill. 1991)

## B.  DRAFT SCHEDULING ORDER

8. The parties propose the following schedule for discovery:

    (a) All written discovery to be completed by September 16, 2008.

    (b) All depositions to be completed by November 17, 2008.

## C.  TRIAL STATUS

9. A jury has not been requested.

10. The probable length of trial is three days.

## D.  CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

11. The parties will consent to trial before a magistrate judge.

## E.  SETTLEMENT STATUS

12. No settlement discussions have taken place.

3

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO | INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204 |
| By: ____s/ Stuart P. Krauskopf_____<br>One of His Attorneys | By: _____s/ Dawn M. Hinkle_____<br>One of Its Attorneys |
| Stuart P. Krauskopf<br>Lindsay M. Malitz<br>Michael A. Schnitzer<br>The Law Offices of Stuart P. Krauskopf, P.C.<br>30 North LaSalle Street, Suite 3124<br>Chicago, Illinois 60602<br>(312) 377-9592 | Dawn M. Hinkle<br>John F. Canna<br>Thomas J. Canna<br>Canna and Canna, Ltd.<br>10703 West 159th Street<br>Orland Park, Illinois 60467<br>(708) 349-2772 |

3