IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 995 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204 | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Stuart P. Krauskopf
      30 North LaSalle Street
      Suite 3124
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 13th day of May, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, *Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint*, a copy of which is submitted herewith and is herewith served upon you.

INDIAN PRAIRIE COMMUNITY UNIT
SCHOOL DISTRICT NO. 204


By:           s/ Dawn M. Hinkle
              One of Their Attorneys


Dawn M. Hinkle - ARDC #6225112
John F. Canna - ARDC # 381217
Thomas J. Canna - ARDC # 6180108
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

## **CERTIFICATE OF SERVICE**

     I, Dawn M. Hinkle, an attorney, certify that this notice and the document identified herein have been served upon Plaintiff: (1) via ECF filing on May 13, 2008, pursuant to ECF filing rules and applicable local rules, and (2) by mailing a copy to the named person at his indicated address and depositing same in the U.S. mail at the Orland Park Post Office by 5:00 p.m. on May 13, 2008, with proper postage prepaid.

                                                                                  s/ Dawn M. Hinkle

Dawn M. Hinkle - ARDC #6225112
John F. Canna - ARDC #381217
Thomas J. Canna - ARDC #6180108
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772