# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

**FILED**
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Title: Dr. Hansel M. DeBartolo v. Indian Prairie School Dist. #204

Case Number: 08 C 995

Assigned Judge: Castillo

Designated Magistrate Judge: Nolan

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 5/15/08 | [signature] | Dr. Hansel M. DeBartolo |
| 5/15/08 | [signature] | Indian Prairie School Dist. #204 |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.