UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hansel M DeBartolo
                                  Plaintiff,

v.                                                                     Case No.: 1:08−cv−00995
                                                                     Honorable Nan R. Nolan

Indian Prairie School District #204
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:At counsel's telephonic request, initial status hearing set for 05/29/2008 is stricken and reset to 6/12/2008 at 09:00 AM. Counsel advised parties discussing settlement among themselves.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.