IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 995 |
| | ) |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:    Stuart P. Krauskopf
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602

On the 12th day of June, 2008, at the hour of 9:00 a.m., I shall appear before the Honorable Nan R. Nolan, in Courtroom 1858, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint***, a copy of which was filed previously and is herewith again served upon you.

                                          INDIAN PRAIRIE COMMUNITY
                                          UNIT SCHOOL DISTRICT NO. 204

                                          By:    s/ Dawn M. Hinkle
                                                    One of Its Attorneys

Thomas J. Canna - ARDC #6180108
John F. Canna - ARDC #381217
Dawn M. Hinkle - ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

## CERTIFICATE OF SERVICE

      I, Dawn M. Hinkle, an attorney, certify that this notice and the document identified herein have been served upon Plaintiff: (1) via ECF filing on June 4, 2008 (notice) and May 13, 2008 (motion), pursuant to ECF filing rules and applicable local rules, and (2) by mailing a copy to the named person at his indicated address and depositing same in the U.S. mail at the Orland Park Post Office by 5:00 p.m. on June 4, 2008, with proper postage prepaid.


                                        s/ Dawn M. Hinkle


Thomas J. Canna - ARDC #6180108
John F. Canna - ARDC #381217
Dawn M. Hinkle - ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772