UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DeBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-cv-00995 |
| v. ) | Honorable Ruben Castillo |
| ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT # 204 ) | Magistrate Judge Nolan |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Jack Canna
      Thomas Canna
      Dawn Hinkle
      Canna and Canna, Ltd.
      10703 West 159th Street
      Orland Park, IL 60467
      jack_canna@cannalaw.com
      tom_canna@cannalaw.com
      dawn_hinkle@cannalaw.com

PLEASE TAKE NOTICE that on June 12, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Nolan, or whomever may be sitting in his stead, in Room 1858 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached MOTION FOR SUBSTITUTION OF ATTORNEYS a copy of which has been served on you.

                                    Respectfully submitted,

                                    s/Stuart P. Krauskopf
                                    Stuart P. Krauskopf

Stuart P. Krauskopf
Michael A. Schnitzer
Lindsay M. Malitz
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

## CERTIFICATE OF SERVICE

       I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Jack Canna
jack_canna@cannalaw.com

Thomas Canna
tom_canna@cannalaw.com

Dawn Hinkle
dawn_hinkle@cannalaw.com

                                              Respectfully submitted,

                                              s/Stuart P. Krauskopf
                                               Stuart P. Krauskopf

Stuart P. Krauskopf
Michael A. Schnitzer
Lindsay M. Malitz
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590