**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hansel M DeBartolo
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−00995
                                                        Honorable Nan R. Nolan

Indian Prairie School District #204
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:Status hearing held and continued to 08/05/08 at 9:00 a.m. As discussed in open court, the parties are directed to meet and confer in good faith to reach an agreement regarding discovery. Counsel are directed to provide the Court at the 08/05/08 status hearing an agreed upon discovery schedule. Plaintiff's Motion for Substitution of Attorneys [26] is granted. Defendant's Motion to Dismiss [18] shall be briefed as follows: Response to be filed by 07/07/08, reply brief is due by 07/28/08. The Court will issue a written ruling.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.