# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 08 C 995
DR. HANSEL M. DEBARTOLO
v.
INDIAN PRAIRIE SCHOOL DISTRICT #204

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL M. DEBARTOLO

| | |
|---|---|
| NAME (Type or print) <br> TALBOT C. HOEVEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Talbot C. Hoevel | |
| FIRM <br> HOEVEL & ASSOCIATES, P.C. | |
| STREET ADDRESS <br> 3725 N. Western Ave. | |
| CITY/STATE/ZIP <br> Chicago, IL 60618 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6194281 | TELEPHONE NUMBER <br> 773-539-0937 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |