## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DR. HANSEL M. DeBARTOLO,      )
                              )
            Plaintiff,      )      Case No. 08 CV 995
                              )
            v.            )      Judge Castillo
                              )
INDIAN PRAIRIE SCHOOL DISTRICT      )      Magistrate Judge Nolan
NO. 204,                            )
                              )
           Defendant.      )

## AFFIDAVIT OF DAVID A. HOLM

I, David A. Holm, being first duly sworn, on oath depose and state as follows:

1.      I am the Assistant Superintendent for Business and Finance for Indian Prairie Community Unit School District No. 204 ("the School District").

2.      The School District is a public school district of the State of Illinois.

3.      The School District provides a medical benefits plan for its employees.

4.      This medical benefits plan was established by the School District and is maintained by the School District.

5.      The medical benefits plan is an independent plan of the School District and no other employers, public or private, participate in the plan.

6.      The only beneficiaries/participants under this plan are public employees of the School District.

FURTHER AFFIANT SAYETH NOT.

David A. Holm

Subscribed and sworn to before
me this 24th day of July, 2008.

Notary Public

OFFICIAL SEAL
KATHLEEN DESANTIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/16/10

2