**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. HANSEL M. DeBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 995 |
| | ) | |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT NO. 204, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

TO:   Talbot C. Hoevel
      Hoevel & Associates, P.C.
      3725 North Western Avenue
      Chicago, Illinois 60618

PLEASE TAKE NOTICE that on the 25th day of July, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, **Defendant's Reply to Response of Plaintiff to Defendant's Rule 12(b)(6) Motion to Dismiss**, a copy of which is served upon you herewith.

                                        INDIAN PRAIRIE COMMUNITY UNIT
                                        SCHOOL DISTRICT NO. 204

                                        By: _____s/ Dawn M. Hinkle_____
                                              One of Its Attorneys

John F. Canna – ARDC #381217
Thomas J. Canna – ARDC #6180108
Dawn M. Hinkle – ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

CERTIFICATE OF SERVICE

   I, Dawn Hinkle, an attorney, certify that this notice and the document identified herein have been served upon Plaintiff via ECF filing on July 25, 2008, pursuant to ECF filing rules and applicable local rules.


                     _____/s/ Dawn M. Hinkle_____

John F. Canna – ARDC #381217
Thomas J. Canna – ARDC #6180108
Dawn M. Hinkle – ARDC #6225112
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772