# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 995 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Dr. Hansel M DeBartolo vs. Indian Prairie School District #204 | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Memorandum Opinion and Order, Defendant's Motion to Dismiss [Doc. 18] is granted without prejudice to refiling by September 5, 2008. Failure to refile by that date will automatically convert the dismissal to one with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|