## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 995 | **DATE** | 9/12/2008 |
| **CASE TITLE** | Dr. Hansel M DeBartolo vs. Indian Prairie School District #204 | | |

**DOCKET ENTRY TEXT**

Plaintiff having failed to refile a complaint pursuant to this Court's Memorandum Opinion and Order entered on 08/05/08, the case is now dismissed with prejudice and judgment is entered in favor of Defendant Indian Prairie School District #204.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|