# United States District Court
## Northern District of Illinois
### Eastern Division

Dr. Hansel M DeBartolo            **JUDGMENT IN A CIVIL CASE**

    v.                                Case Number: 08 C 995

Indian Prairie School District #204

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Indian Prairie School District #204 and against Plaintiff Dr. Hansel M. DeBartolo.

                                              Michael W. Dobbins, Clerk of Court

Date: 9/12/2008                        _____
                                                 /s/ Lynette Santiago, Deputy Clerk